

**U. S. Department of Justice**

*United States Attorney*
*Eastern District of North Carolina*

*Wells Fargo Building*　*Telephone (919) 856-4530*
*150 Fayetteville Street*　*Criminal FAX (919) 856-4487*
*Suite 2100*　*Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601*　*www.usdoj.gov/usao/nce*

**DATE:** July 26, 2023

**TO:** Clerk's Office
United States District Court
Eastern District of North Carolina
Wilmington, North Carolina

**REPLY TO:** Michael F. Easley, Jr.
United States Attorney

**ATTN OF:** Jimmie I. Bellamy, Jr.　JIB
Assistant United States Attorney

**SUBJECT:** *United States v. Lopez Diare Jones a/k/a "L"*
Crim. No.: **4:23-CR-39-BO-BM** - Eastern Division

Please issue an arrest warrant for the above-named Defendant(s) and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant(s) should be returnable before a U.S. Magistrate Judge.

cc:　US Marshal Service
　　 US Probation Office